WILLIAM WEIDLICH et al., Appellants, v. FRANK B. WEIDLICH, Respondent.—

No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [Order denied plaintiffs' motion for partial summary judgment.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ALEX, Appellant.—

Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

(Republish.)

FRANCIS W. RUZICKA et al., Copartners Doing Business as RUZICKA'S, Appellants, v. EDWARD RAGER, Respondent. EDWARD RAGER, Respondent, v. FRANCIS W. RUZICKA et al., Appellants, et al., Defendants. (Consolidated Appeals.) —

Present — Peck, P. J., Dore, Callahan and Shientag, JJ. [See ante, p. 1061.]

(Republish.)

FRANCIS W. RUZICKA et al., Doing Business as RUZICKA'S, Appellants, v. EDWARD RAGER, Respondent. EDWARD RAGER, Respondent, v. FRANCIS W. RUZICKA et al., Appellants, et al., Defendants. (Consolidated Appeals.) —

(See memorandum opinion in *Ruzicka* v. *Rager, ante,* p. 1061, decided herewith.) Settle order on notice. Present — Peck, P. J., Dore, Callahan and Shientag, JJ. [See ante, p. 1061.]